UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.A.,
                              Plaintiff,

                 -against-                            23 Civ. 4530 (LGS)

                                                <u>ORDER</u>

U.S. CITIZEN AND IMMIGRATION
SERVICES, et al.,

                            Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS on May 31, 2023, the Complaint for a Writ of Mandamus was filed. On May 31, 2023, Plaintiff also filed a motion for leave to proceed anonymously. It is hereby

       **ORDERED** that the Government may, by **July 12, 2023**, file a memorandum in opposition to the motion to proceed anonymously. The memorandum shall not exceed ten pages. If the Government opts to oppose the motion to proceed anonymously, Plaintiff shall, by **July 21, 2023**, file a reply memorandum, not to exceed six pages.

       **ORDERED** that the Government shall, by **July 25, 2023**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **August 8, 2023**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: June 26, 2023
       New York, New York

                                                                  _____
                                                                    LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE