UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.A.,
                              Plaintiff,

                -against-

U.S. CITIZEN AND IMMIGRATION
SERVICES, et al.,

                            Defendants.
------------------------------------------------------------X

23 Civ. 4530 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the June 26, 2023, Order instructed the Government to file a memorandum in opposition to Plaintiff's request for a writ of mandamus by July 25, 2023. Plaintiff was directed to file a reply by August 8, 2023;

WHEREAS, the Government has not filed its memorandum in opposition. It is hereby

**ORDERED** that the Government shall file its memorandum in opposition by **July 28, 2023**. The memorandum shall not exceed fifteen pages. If the Government files a memorandum in opposition, Plaintiff shall file its reply by **August 11, 2023**. The reply shall not exceed ten pages. If the Government does not file a memorandum in opposition, Plaintiff's request for a writ of mandamus will be treated as unopposed.

Dated: July 26, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE